**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARTISE HARRIS, ) <br> on behalf of himself and all others ) <br> similarly situated, ) <br> ) <br>               Plaintiff, ) <br> vs. ) <br> ) <br> AMERICAN AXLE & MANUFACTURING, INC. ) <br> ) <br> ) <br>              Defendants. ) <br> ) | Case No. 21-cv-4693 <br><br> Hon. Charles Kocoras <br><br> Magistrate Hon. Jeffrey Gilbert |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Artise Harris, pursuant to Fed. R. Civ. P. 41(a)(1), and no party having answered or moved for summary judgment, dismisses this action without prejudice.

Dated: October 1, 2021

Respectfully submitted,


By: /s/ Michael W. Drew


Michael W. Drew
**Neighborhood Legal LLC**
20 N. Clark Street #3300
Chicago, IL 60602
312-967-7220
mwd@neighborhood-legal.com

*Attorneys for Plaintiff*